GREEN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE,
*v.* OHIO ASSOCIATION OF PUBLIC SCHOOL EMPLOYEES, LOCAL
274, ET AL., APPELLANTS.

[Cite as *Green Local School Dist. Bd. of Edn. v. Ohio Assn. of
Pub. School Emp., Local 274* (2002), 95 Ohio St.3d 106.]

(No. 01–270—Submitted February 26, 2002—Decided April 24, 2002.)

The judgment of the court of appeals is reversed, and the award of the arbitrator is reinstated on the authority of *Warren Edn. Assn. v. Warren City Bd. of Edn.* (1985), 18 Ohio St.3d 170, 18 OBR 225, 480 N.E.2d 456, and *Southwest Ohio Regional Transit Auth. v. Amalgamated Transit Union, Local 627* (2001), 91 Ohio St.3d 108, 742 N.E.2d 630.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

*Whalen & Compton Co., L.P.A., G. Frederick Compton, Jr., Helen S. Carroll* and *Mari Alice Zacharyasz,* for appellee.

*Buckley, King & Bluso* and *James E. Melle,* for appellants.

*Kimm A. Massengill,* Associate General Counsel, urging reversal for *amicus curiae* Ohio Council 8, AFSCME, AFL–CIO.

*Carrie M. Cassady,* Associate General Counsel, urging reversal for *amicus curiae* Ohio Civil Service Employees Association, AFSCME Local 11, AFL–CIO.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for Ohio AFL–CIO.